IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALICE FIELDS,<br><br>    Plaintiff,<br><br>     v.<br><br>ATLANTA INDEPENDENT<br>SCHOOL SYSTEM, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:11-CV-2775-TWT |

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 71] of the Magistrate Judge recommending that the Defendants' Motion for Summary Judgment [Doc. 53] be GRANTED in part and DENIED in part. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, there is a genuine issue of fact as to whether the Plaintiff was aware of the School System's procedure for reporting sexual harassment. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Summary Judgment [Doc. 53] is GRANTED in part and DENIED in part.

T:\ORDERS\11\Fields\r&r.wpd

SO ORDERED, this 3 day of January, 2013.

      /s/Thomas W. Thrash
      THOMAS W. THRASH, JR.
      United States District Judge