IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALICE FIELDS,                )   | |
|        )   | |
|     Plaintiff,            )   | Civil Action No. |
|        )   | 1:11-CV-02775-TWT-RGV |
| v.                           )   | |
|        )   | |
| JESSE LOVELACE,      )   | |
|        )   | |
|     Defendant.         )   | |

## STIPULATION OF DISMISSAL

**COME NOW** the parties, Plaintiff Alice Fields and Defendant Jesse Lovelace, and stipulate pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii) to the dismissal of the above action, ***with prejudice***.[1]

Respectfully submitted this 2nd day of May, 2013.

---

[1] The parties note that although a Notice of Intent to Withdraw as Counsel (Dkt. 85) was filed by Pace Law, P.C. on March 13, 2013, the parties are aware of no subsequent order from the Court granting the withdrawal, even though the clerk's office apparently promptly removed Pace Law, P.C. from the CM/ECF system as counsel of record for Defendant Lovelace. Therefore, out of an abundance of caution, the instant Stipulation of Dismissal is being signed by both Defendant Lovelace and the attorneys at Pace Law, P.C.

| | |
|---|---|
| **CONSENTED BY:** | **CONSENTED BY:** |
| */s/ Gary E. Thomas* | */s/ Jesse Lovelace* |
| Gary E. Thomas | Jesse Lovelace |
| Georgia Bar No. 704860 | 7 Berkley Road |
| *gthomaslaw@bellsouth.net* | Avondale Estates, Georgia 30002 |
| Gary E. Thomas, Attorney at Law | **Defendant** |
| 2180 Satellite Blvd., Suite 400 | |
| Duluth, Georgia 30097 | */s/ Hayden Pace* |
| (770) 239-1785 {telephone} | Hayden Pace |
| (770) 995-2554 {facsimile} | Georgia Bar No. 558595 |
| **Counsel for Plaintiff** | *hayden@pacelaw.com* |
| | Eric Barton |
| | Georgia Bar No. 040704 |
| | *eric@pacelaw.com* |
| | Pace Law, P.C. |
| | 1447 Peachtree Street, N.E., Suite 610 |
| | Atlanta, Georgia 30309 |
| | (404) 563-5690 {telephone} |
| | (404) 521-4313 {facsimile} |
| | **Counsel for Defendant** |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALICE FIELDS, | ) |
| | ) |
|     Plaintiff, | )   Civil Action No. |
| | )   1:11-CV-02775-TWT-RGV |
| v. | ) |
| | ) |
| JESSE LOVELACE, | ) |
| | ) |
| **Defendant.** | ) |

### CERTIFICATE OF SERVICE

I hereby certify that, on May 2, 2013, I electronically filed the foregoing *STIPULATION OF DISMISSAL* with the Clerk of Court using the CM/ECF system, and I also served a true and correct copy of the foregoing *STIPULATION OF DISMISSAL* on the following by causing the same to be served by regular United States Mail addressed as follows:

Hayden Pace, Esq.  
Eric F. Barton, Esq.  
Pace Law, P.C.  
1447 Peachtree Street, N.E.  
Suite 610  
Atlanta, Georgia 30309  

Jesse Lovelace  
7 Berkeley Road  
Avondale Estates, Georgia 30002  

       */s/ Gary E. Thomas*  
       Georgia Bar No. 740860  
       Counsel for Plaintiff